# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 13-10565 TPA |
| | : | |
| RICHARD L. MICCO and LINDA L. MICCO, | : | CHAPTER 13 |
| | : | |
| Debtors, | : | |
| | : | DOCUMENT NO. 114 |
| RICHARD L. MICCO and LINDA L. MICCO, | : | |
| | : | HEARING DATE & TIME |
| | : | JULY 27, 2016 at 11:00 A.M. |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENTS. | : | |

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

TO THE RESPONDENTS:

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **July 18, 2016,** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A hearing will be held on **July 27, 2016, at 11:00 a.m.** before Chief Judge Thomas P. Agresti in U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten

(10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court at a later date.

Date of service: July 1, 2016        /s/ Paula J. Cialella
                                                               Paula J. Cialella, Esquire
                                                               P.A I.D. 73264
                                                                113 N. Mercer Street
                                                               New Castle, PA 16101
                                                               (724) 658-4417
                                                               paula@cialellalaw.com