IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 13-10565 TPA |
| | : | |
| **Richard L. Micco and Linda L. Micco,** | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| **Richard L. Micco and Linda L. Micco,** | : | Document No. 115 |
| Movants, | : | |
| | : | Date and Time of Hearing |
| | : | July 27, 2016 at 11:00 A.M. |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Trustee, United States Trustee, Associated Recovery Systems, BAC Home Loans Servicing, Bank of America, Barclays Bank Delaware, Burton Neil & Assoc, Dell Financial Services, Dept of the Treasury, Discvoer Financial, Eagle Group, First Commonwealth Bank, GE Money Bank, GEMB/JCP, GEMB/Lowes, GEMB/QVC, Huntington National Bank, Lowes/MBGA, LVNV Funding, Macys/FDSB, Marcia & Phillip Cappabianco, PA Dept of Revenue, PNC Bank,  Real Time Resolutions, Sears/CBSD, Sky Bank, United Revenue Coll,** | : | |
| Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO REOPEN CHAPTER 13 CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reopen Chapter 13 case filed on July 1, 2016, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.

Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 18, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 07/19/2016          By:     */s/ Paula J. Cialella, Esquire*
                                    Paula J. Cialella, Esquire
                                    113 N. Mercer Street
                                    New Castle, PA  16101
                                    (724) 658-4417
                                    PA ID # 73264
                                    paula@cialellalaw.com