IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 13-10565 TPA |
| | : | |
| **Richard L. Micco and Linda L. Micco,** | : | Chapter 13 |
| | : | |
| Debors. | : | |
| | : | |
| **Richard L. Micco and Linda L. Micco,** | : | Document No. 119 |
| | : | |
| Movants, | : | Date of Hearing:  August 17, 2016 |
| | : | Time of Hearing:  11:00 A.M. |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Trustee,** | : | |
| **United States Trustee,** | : | |
| **Associated Recovery Systems,** | : | |
| **BAC Home Loans Servicing, Bank of America,** | : | |
| **Barclays Bank Delaware, Burton Neil & Assoc,** | : | |
| **Dell Financial Services, Dept of the Treasury,** | : | |
| **Discvoer Financial, Eagle Group,** | : | |
| **First Commonwealth Bank, GE Money Bank,** | : | |
| **GEMB/JCP, GEMB/Lowes, GEMB/QVC,** | : | |
| **Huntington National Bank, Lowes/MBGA,** | : | |
| **LVNV Funding, Macys/FDSB,** | : | |
| **Marcia & Phillip Cappabianco,** | : | |
| **PA Dept of Revenue, PNC Bank,** | : | |
| **Real Time Resolutions,** | : | |
| **Sears/CBSD, Sky Bank, United Revenue Coll,** | : | |
| | : | |
| Respondents. | : | |

### CERTIFICATE OF SERVICE

I, Paula J. Cialella, Esquire, hereby certify, that on the 1st day of August, 2016, a true and correct copy of the **MOTION TO REOPEN CHAPTER 13 CASE and MOTION FOR PAYMENT OF UNCLAIMED FUNDS and the Order of Court continuing the hearing to August 17, 2016 at 11:00 a.m.** was served upon the following via electronic service.

Jill Locnikar, Esquire
Assistant U.S. Attorney
Jill.locnikar@usdoj.gov

EXECUTED ON: August 1, 2016                By: */s/ Paula J. Cialella, Esq.*
                                                                Paula J. Cialella, Esquire
                                                                PA I.D. # 73264
                                                                Attorney for Debtors
                                                                113 North Mercer Street
                                                                New Castle, PA  16101
                                                                (724) 658-4417