Case 13-10565-TPA    Doc 121    Filed 08/22/16    Entered 08/22/16 13:22:27    Desc Main
Document      Page 1 of 1

FILED
8/22/16 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 13-10565-TPA |
| | : | Chapter: | 13 |
| Richard L. Micco | : | | |
| Linda L. Micco | : | | |
| | : | Date: | 8/17/2016 |
| *Debtor(s).* | : | Time: | 11:00 |

### PROCEEDING MEMO

*MATTER:*    #107 Motion to Reopen Chapter 13 Case by Debtor

   #112 Motion to Pay Unclaimed Funds by Debtor
      #117 Resp. by Tee

*APPEARANCES*:
   Debtor:   Paula J. Cialella
   Trustee:   Owen Katz

*NOTES:*

Cialella:   I filed a certificate of August 1st. Debtors are in the process of a loan modification with Selene Finance. Christiana Trust is the lender. There are federal tax liens. Funds would go to the Debtor.

J.   If IRS consents

Katz:   Wanted to make sure creditor was notified. Yes, Christiana Trust needs to be notified.

*OUTCOME:*  #112: GRANTED. OE.
   #117: GRANTED. OE.
   On or before 30 days, Counsel to file a Motion to include Christiana Trust, Selene, IRS. Chambers to issue Order

jlm