FILED
8/22/16 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RICHARD L. MICCO and               : Case No. 13-10565-TPA
LINDA L. MICCO,                    :
    *Debtors,*                    : Chapter 13
                                   : Related to Document No. 107, 112, and 117.

RICHARD L. MICCO and               :
LINDA L. MICCO,                    :
    *Movants,*                    :
    v.                            :
RONDA J. WINNECOUR, ESQ,           :
CHAPTER 13 TRUSTEE, *et al,*       :
    *Respondents.*                :

## ORDER

On August 17, 2016, a hearing was held on the Debtor's *Motion to Reopen Chapter 13 Case* filed at Document No. 107, the Debtor's *Motion to Pay Unclaimed Funds* filed at Document No. 112, and the Trustee's *Response* thereto filed at Document No. 117. During the hearing the Trustee indicated that Christiana Trust, Salene Finance, and the Internal Revenue Service may be real parties in interest but were not served with the above stated *Motions*. Furthermore, the U.S. Attorney was not properly served either.

*AND NOW*, this **22nd** day of ***August, 2016***, for the reasons stated on the record during the August 17, 2016 hearing, it is hereby **ORDERED, ADJUDGED** and **DECREED** that

(1)  The ***Motion to Reopen Chapter 13 Case,*** at Document No. 107, is **GRANTED** for the limited purpose of resolving the matters raised in the Debtor's *Motion to Pay Unclaimed Funds.*

(2)     *On or before September 16, 2016*, the Debtor shall file a *Motion to Pay Unclaimed Funds* naming the Internal Revenue Service, the U.S. Attorney, Salene Finance and Christiana Trust, as Respondents and serving and providing the appropriate *Certificate of Service* on those Parties at the appropriate addresses.

(3)     The *Motion to Pay Unclaimed Funds* filed at Document No. 112, is continued to the date scheduled for the hearing on the subsequent *Motion to Pay Unclaimed Funds* as set forth in Paragraph 2 above.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Ronda Winnecour, Esq.
    Debtors
    Paula J. Cialella, Esq.
    Jill Locnikar, Esq.
        U.S. Attorney's Office
        700 Grant Street, Suite 4000
        Pittsburgh, PA 15219

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-10565-TPA
Richard L. Micco                                                          Chapter 13
Linda L. Micco
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: amaz              Page 1 of 3             Date Rcvd: Aug 22, 2016
                               Form ID: pdf900        Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
db/jdb         #+Richard L. Micco,    Linda L. Micco,    1861 Mercer New Wilmington Road,
                 New Wilmington, PA 16142-1939
cr              +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
                +Jill Locnikar, Esq.,    U.S. Attorney's Office,    700 Grant Street, Suite 4000,
                 Pittsburgh, PA 15219-1955
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,   Irving, TX  75063)
cr              +T. Lawrence Palmer Office of Attorney General, Pen,    Office of Attorney General,
                 5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
13628171        +BAC Home Loans Servicing,    450 American St,    Simi Valley, CA 93065-6285
13628170        +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
13628172         Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
13652562        +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13628173        +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                 Wilmington, DE 19899-8833
13628175       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,    Po Box 81577,
                 Austin, TX 78708)
13628179        +Eagle Group Llc,    10 E Maitland Ln,    New Castle, PA 16105-1204
13628180       ++FIRST COMMONWEALTH BANK,    PO BOX 400,    INDIANA PA 15701-0400
                 (address filed with court: First Commonwealth Ban,     Philadelphia And Sixth Streets,
                 Indiana, PA 15701)
13657180        +First Commonwealth Bank,    c/o Christopher L. Borsani, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13628184        +Gemb/lowes Pc,    Po Box 981480,    El Paso, TX 79998-1480
13628189        +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13628192         PA Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                 Harrisburg, PA 17128-0432
13652985        +Phelan, Hallinan, & Schmieg LLP,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13628194        +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13628196        +Sears,    Po Box 6189,    Sioux Falls, SD 57117-6189
13628197        +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
13693262        +Shire Regenerative Medicine,    c/o Robert J. Colclough III,Esq.,    8550 Balboa Blvd., Suite 232,
                 Northridge, CA 91325-5806
13628198        +Sky Bank,    101 E Washington Avenue,    New Castle, PA 16101-3755
13628199        +United Rev,    Po Box 1892,    Bensalem, PA 19020-6892
13628200       #+United Revenue,    Po Box 1892,    Bensalem, PA 19020-6892
13628201       #+United Revenue Collection Service,    P.O. Box 1892,    Bensalem, PA 19020-6892

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: bkdepartment@rtresolutions.com Aug 23 2016 01:20:39
                 REAL TIME RESOLUTIONS, INC.,    1349 EMPIRE CENTRAL DR., SUITE 150,    DALLAS, TX 75247-4029
13649395         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2016 01:28:28
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13628169         E-mail/Text: legal@arsnational.com Aug 23 2016 01:20:18     Associated Recovery Systems,
                 P.O. Box 469046,    Escondido, CA 92046-9046
13628174        +E-mail/Text: notices@burt-law.com Aug 23 2016 01:20:55     Burton Neil & Associates,
                 1060 Andrew Drive,    Suite 170,    West Chester, PA 19380-5600
13638226         E-mail/Text: mrdiscen@discover.com Aug 23 2016 01:20:12     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13628178        +E-mail/Text: mrdiscen@discover.com Aug 23 2016 01:20:12     Discover Financial,    Po Box 6103,
                 Carol Stream, IL 60197-6103
13628181        +E-mail/Text: bankruptcynotice@fcbanking.com Aug 23 2016 01:20:14     First Commonwealth Bank,
                 601 Philadelphia St.,    Indiana, PA 15701-3952
13628182         E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2016 01:23:07     GE Money Bank,    P.O. Box 965004,
                 Orlando, FL 32896-5004
13698577         E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 23 2016 01:20:17     Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD  57709-6154
13827274         E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 23 2016 01:20:17     Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13628183        +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2016 01:22:45     Gemb/jcp,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13628185        +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2016 01:22:56     Gemb/qvc,    Po Box 971402,
                 El Paso, TX 79997-1402
13697281        +E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 23 2016 01:20:17     Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13628186        +E-mail/Text: bankruptcy@huntington.com Aug 23 2016 01:20:32     Huntington National Bank,
                 Attention: Bankruptcy,    2361 Morse Road,    Columbus, OH 43229-5856
13628177         E-mail/Text: cio.bncmail@irs.gov Aug 23 2016 01:20:16     Department of Treasury,
                 Internal Revenue Service,    Philadelphia, PA 19255-0025

```
District/off: 0315-1              User: amaz                Page 2 of 3                Date Rcvd: Aug 22, 2016
                                  Form ID: pdf900           Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13718149         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2016 01:22:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
13628187        +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2016 01:22:56      Lowes / MBGA,
                 Attention:   Bankruptcy Department,     Po Box 103104,    Roswell, GA 30076-9104
13628188        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2016 01:23:08      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
13628191         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2016 01:20:26      PA Department of Revenue,
                 Bureau of Compliance,     P.O. Box 280946,    Harrisburg, PA 17128-0948
13628193         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2016 01:20:27      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
13710777         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2016 01:33:54
                 Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
13711763         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2016 01:33:51
                 Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541
13645581         E-mail/Text: bkdepartment@rtresolutions.com Aug 23 2016 01:20:39
                 Real Time Resolutions, Inc.,     1349 Empire Central Dr, Ste #150,    P.O. Box 36655,
                 Dallas, Tx 75247
13628195        +E-mail/Text: bkdepartment@rtresolutions.com Aug 23 2016 01:20:39      Real Time Resolutions,
                 1750 Regal Row,    Dallas, TX 75235-2289
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, NA
cr              Green Tree Servicing, LLC
cr              Nationstar Mortgage LLC
13628176*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Department of the Treasury,    P.O. Box 1686,
                 Birmingham, AL 35201-1686)
13628190       ##+Marcia & Phillip Cappabianco,    502 Riverview Avenue,    New Castle, PA 16101-2567
13894139       ##+Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
                                                                                       TOTALS: 3, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor   Green Tree Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor   First Commonwealth Bank bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Christopher L. Borsani    on behalf of Creditor   First Commonwealth Bank cborsani@tuckerlaw.com,
               clborsani82@gmail.com

```
District/off: 0315-1          User: amaz              Page 3 of 3              Date Rcvd: Aug 22, 2016
                              Form ID: pdf900         Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
         james.prostko@phelanhallinan.com
        Jerome B. Blank    on behalf of Creditor    Bank of America, NA pawb@fedphe.com
        Kristen D. Little    on behalf of Creditor    REAL TIME RESOLUTIONS, INC. pabk@logs.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paula J. Cialella    on behalf of Debtor Richard L. Micco paula@cialellalaw.com,
         jamil@cialellalaw.com;jennie@cialellalaw.com;cialellalaw@yahoo.com
        Paula J. Cialella    on behalf of Joint Debtor Linda L. Micco paula@cialellalaw.com,
         jamil@cialellalaw.com;jennie@cialellalaw.com;cialellalaw@yahoo.com
        Robert P. Wendt    on behalf of Creditor    Green Tree Servicing, LLC pawb@fedphe.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General,
         Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,    MarkSPalmerPC@aol.com
                                                                                                           TOTAL: 13