# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Case No. 13-10565 TPA |
| : | |
| **Richard L. Micco and Linda L.** : | Chapter 13 |
| **Micco,** : | |
| Debtors. : | |
| : | |
| **Richard L. Micco and Linda L.** : | Document No. 126 |
| **Micco,** : | |
| Movants, : | Date and Time of Hearing |
| : | October 11, 2016 at 11:00 A.M. |
| vs. : | |
| : | |
| **Ronda J. Winnecour, Trustee,** : | |
| **United States Trustee,** : | |
| **Associated Recovery Systems,** : | |
| **BAC Home Loans Servicing, Bank of** : | |
| **America, Barclays Bank Delaware,** : | |
| **Burton Neil & Assoc, Dell Financial** : | |
| **Services, Dept of the Treasury,** : | |
| **Discvoer Financial, Eagle Group,** : | |
| **First Commonwealth Bank, GE** : | |
| **Money Bank, GEMB/JCP, GEMB/Lowes,** : | |
| **GEMB/QVC, Huntington National Bank,** : | |
| **Lowes/MBGA, LVNV Funding,** : | |
| **Macys/FDSB, Marcia & Phillip** : | |
| **Cappabianco, PA Dept of Revenue,** : | |
| **PNC Bank, Real Time Resolutions,** : | |
| **Sears/CBSD, Sky Bank,** : | |
| **United Revenue Coll,** : | |
| : | |
| Respondents. : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Payment of Unclaimed Funds filed on September 16, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.

Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 3, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 10/04/2016             By:    */s/ Paula J. Cialella, Esquire*
                                     Paula J. Cialella, Esquire
                                     113 N. Mercer Street
                                     New Castle, PA  16101
                                     (724) 658-4417
                                     PA ID # 73264
                                     paula@cialellalaw.com