FILED
10/4/16 1:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 13-10565 TPA |
| | : | |
| **Richard L. Micco and Linda L. Micco,** | : | Chapter 13 |
| Debors. | : | |
| | : | |
| **Richard L. Micco and Linda L. Micco,** | : | Document No. 124 |
| | : | |
| Movants, | : | Date and Time of Hearing |
| | : | October 11, 2016 at 11:00 A.M. |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Trustee,** | : | |
| **United States Trustee,** | : | |
| **Associated Recovery Systems,** | : | |
| **BAC Home Loans Servicing, Bank of America,** | : | |
| **Barclays Bank Delaware, Burton Neil & Assoc,** | : | |
| **Dell Financial Services, Dept of the Treasury,** | : | |
| **Discvoer Financial, Eagle Group,** | : | |
| **First Commonwealth Bank, GE Money Bank,** | : | |
| **GEMB/JCP, GEMB/Lowes, GEMB/QVC,** | : | |
| **Huntington National Bank, Lowes/MBGA,** | : | |
| **LVNV Funding, Macys/FDSB,** | : | |
| **Marcia & Phillip Cappabianco,** | : | |
| **PA Dept of Revenue, PNC Bank,** | : | |
| **Real Time Resolutions,** | : | |
| **Sears/CBSD, Sky Bank, United Revenue Coll,** | : | |
| **Internal Revenue Service; U.S. Attorney;** | : | |
| **Salene Finance and Wilmington Savings Fund** | : | |
| **Society, FSB, D/B/A Christina Trust, Not** | : | |
| **Individually but as Trustee for Pretium** | : | |
| **Mortgage Acquisition Trust,** | : | |
| | : | |
| Respondents. | : | |

**PROPOSED ORDER OF COURT**

Upon consideration of the foregoing Motion for Payment of Unclaimed Funds, it is hereby, **ORDERED, ADJUDGED** and **DECREED** that the funds deposited by the Chapter Trustee with the Court in the amount of Eighty Six Thousand One Hundred Sixty Five Dollars

and Thirty Eight Cents ($86,165.38) shall be paid to Paula J. Cialella, as counsel for the

Debtors.

Dated: October 4, 2016

_____
United States Bankruptcy Judge  jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard L. Micco  
Linda L. Micco  
      Debtors

Case No. 13-10565-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: lfin    Page 1 of 1    Date Rcvd: Oct 04, 2016  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.  
db/jdb      #+Richard L. Micco,   Linda L. Micco,   1861 Mercer New Wilmington Road,  
      New Wilmington, PA 16142-1939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:  
      Andrew F Gornall   on behalf of Creditor   Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      Andrew F Gornall   on behalf of Creditor   Green Tree Servicing, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      Brett A. Solomon   on behalf of Creditor   First Commonwealth Bank bsolomon@tuckerlaw.com, dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com  
      Christopher L. Borsani   on behalf of Creditor   First Commonwealth Bank cborsani@tuckerlaw.com, clborsani82@gmail.com  
      James A. Prostko   on behalf of Creditor   Nationstar Mortgage, LLC. pawb@fedphe.com, james.prostko@phelanhallinan.com  
      Jerome B. Blank   on behalf of Creditor   Bank of America, NA pawb@fedphe.com  
      Kristen D. Little   on behalf of Creditor   REAL TIME RESOLUTIONS, INC. pabk@logs.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Paula J. Cialella   on behalf of Joint Debtor Linda L. Micco paula@cialellalaw.com, jamil@cialellalaw.com;jennie@cialellalaw.com;cialellalaw@yahoo.com  
      Paula J. Cialella   on behalf of Debtor Richard L. Micco paula@cialellalaw.com, jamil@cialellalaw.com;jennie@cialellalaw.com;cialellalaw@yahoo.com  
      Robert P. Wendt   on behalf of Creditor   Green Tree Servicing, LLC pawb@fedphe.com  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      T. Lawrence Palmer   on behalf of Creditor T. Lawrence Palmer   Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com  
                TOTAL: 13