# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard L. Micco and Linda L. Micco <br>         Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 13-10565 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1644

                                    Respectfully submitted,

                                    **/s/ James C. Warmbrodt, Esquire**
                                    James C. Warmbrodt, Esquire
                                    jwarmbrodt@kmllawgroup.com
                                    Attorney I.D. No. 42524
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    Phone: 215-825-6306
                                    Fax: 215-825-6406
                                    Attorney for Movant/Applicant