IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No.: 13-10565-TPA |
| RICHARD and LINDA MICCO, | Chapter 13 |
| Debtors. | Related to Doc. No. 133 |
| _____ | |
| GREEN TREE SERVICING LLC, | |
| Movant, | |
| NO RESPONDENT, | |
| Respondent | |

CERTIFICATE OF SERVICE OF
TEXT ORDER GRANTING REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM

    I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on February 19, 2017.  The Text Order states:

    Order The creditor's Motion to Reopen and Request to Restrict Public Access to Claim, filed at 131, are HEREBY GRANTED. The creditor shall serve this Order on the debtor and all persons whose personal identifiers have been redacted. The Clerk shall promptly close this case. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Agresti. Signed on 2/13/2017. (RE: related document(s): 131 Motion to Reopen and Request to Restrict Public Access to Claim Number 15 ).

    The types of service made on the parties were:

By First-Class Mail:

Richard and Linda Micco
1861 Mercer New Wilmington Road
New Wilmington, PA 16142

and:

By Electronic Notification:

| | |
|---|---|
| Paula J. Cialella, Esq. | paula@cialellalaw.com |
| Ronda J. Winnecour, Ch. 13 Trustee | cmecf@chapter13trusteewdpa.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

<u>/s/ Peter J Ashcroft, Esq.</u>
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Green Tree Servicing, LLC